Gary Howard Kidgell
687 Grand Coulee Avenue APT 1
Sunnyvale, CA 94087
408-469-2060

FILED

2008 APR 15 A 10: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

In Pro Per

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

C08    01965 JW

| | |
|---|---|
| Gary Howard Kidgell, an individual ) | Case No.: |
| ) | |
| Plaintiff, ) | First Verified Complaint |
| vs. ) | |
| ) | |
| The County of Santa Clara, as a political ) | |
| subdivision of the state of California, ) | |
| The County of Santa Clara Office of the ) | |
| Sheriff as a subdivision agency of the ) | |
| County of Santa Clara, Unknown Deputy ) | |
| Sheriff Sargent, both as an individual ) | |
| and as enforcement officer for the Santa ) | |
| Clara County Sheriff's Office; Unknown ) | |
| Deputy Sheriffs Department of ) | |
| Correction Officers, both as individuals ) | |
| and as an agent of the Santa Clara ) | |
| County Sheriff's Office and Department ) | |
| of Corrections; herein sued as Does 1 ) | |
| through 10; ) | |
|                       and, ) | |
| Does 11 through 20, inclusive, | |
| | |
|           Defendants | |
| _____ ) | |

## GENERAL ALLEGATIONS

1. This action arises under the Civil Rights Act of 1871 (42 U.S.C. Sections 1983 and 1988) and the First,

Fourth and Fourteenth Amendments to the Constitution of the United States. This Court has jurisdiction of the federal

claims under 28 U.S.C. Section 1331, 1332, 1343(3) 1343(4), 2201, and 2202.

First Verified Complaint                                    Page - 1
Gary Howard Kidgell  v. County of Santa Clara et al. Case #
United States District Court For the Northern District of California

2.    This action in addition arises under the California tort claim Act

3.    Plaintiffs Gary Howard Kidgell (hereinafter "Kidgell") is a citizens of the United States and residents of the County of Santa Clara.

4.    Defendant COUNTY OF Santa Clara (hereinafter "COUNTY") is a political subdivision of the State of California.

5.    Defendants COUNTY SHERIFF Unknown (hereinafter "Unknown"),    DEPUTY OFFICERS Unknown (hereinafter "unknown"),  and 1 through 4 are sued herein in their individual capacities; in performing the unlawful acts hereinafter mentioned, these defendants conspired with each other and acted under color of the statutes, ordinances, regulations, customs and usages of the State of California, and pursuant to the official policy, custom and practice of CITY and COUNTY.

6.    The names and capacities of Defendants are unknown to the Plaintiff.  Each of these fictitiously named parties has acted as agent of or in concert with the named defendants' in the matters referred to herein and is responsible in some manner for the damages suffered by Plaintiff.  Plaintiff will amend this complaint to add the names and capacities of such defendants when ascertained.

## STATEMENT OF FACTS

7.    On January 1, 2008, plaintiff Kidgell, plaintiff was assaulted and battered and tortured without probable cause, the parties named in the complaint approached Kidgell in the processing center of the San Jose main jail while each arm was restrained and handcuffed to both arms of a chair.  The defendant Sheriff Sargent (Unknown) Officer spoke the words "We are going to show you what a move is."  In-order to keep the plaintiff from further speaking.  All defendants' (Unknown) conspired together and proceeded to un-locked plaintiffs restraints in-order to brutally and forcefully stand plaintiff upright at the same time hyper-extending his hands and wrists beyond normal physical motion resulting in severely strained and damage tendons and muscles to the left wrist and a break in the bone of the right wrist in addition to severely strained and damage tendons and muscles to the right wrist.  The plaintiff also received from the defendants' (Unknown) severe bruising to the upper right under-arm and bicep area.

8.    The defendants' (Unknown) moved plaintiff Kidgell to another chair located in the same vicinity and proceeded to torture him further by handcuffing the plaintiffs arms to a chair and again conspiring together using brut force to push down on his upper back and neck to further injure the plaintiff.

First Verified Complaint                    Page - 2
Gary Howard Kidgell  v.  County of Santa Clara et al.  Case #
United States District Court For the Northern District of California

9.      When plaintiff complained about the treatment and his injuries and spoke as is his right guaranteed to Kidgell under The Constitution of The United States of America he was intimidated by deputy (Uknown) who said and asked the question to the plaintiff "You don't want us to move you again do you?" in-order to silence plaintiff from further speaking.

10.     The plaintiff was forced to sit through pain and suffering of the above injuries and in fear of additional brutality, torture and or miss-treatment by the defendants' (unknown) and or the rest of the officers of the department.

## CAUSE OF ACTION

## VIOLATION OF CONSTITUTIONAL RIGHTS

## ALL DEFENDANTS

11.     Plaintiffs refer to and incorporate herein the allegations in Paragraphs 1 through 9 above.

12.     As a direct and proximate result of defendants' unlawful actions as herein alleged, plaintiffs were deprived of their Fourth and Fourteenth Amendment Right to be secure in their persons.    Additionally, Kidgell was deprived of his First amendment right to speak out in a critical manner concerning the aforementioned incident without fear of reprisal and retribution.  Defendants' (Unknown) unlawful actions have had a chilling effect on Kidgell's speech due to Kidgell's fear of further unlawful acts of reprisal against him by public officials.

13.     As a further direct and proximate result of defendants' (Unknown) unlawful actions as herein alleged, plaintiffs suffered severe physical, emotional stress and monetary damages, entitling them to compensation under 42 U.S.C. Section 1983 according to proof, as well as reasonable attorneys fees incurred in pursuing these claims under 42 U.S.C. Section 1988.

14.     As a further direct and proximate result of the unlawful acts of defendants as alleged herein, plaintiffs suffered severe physical and emotional injuries all of which have caused, and continue to cause, plaintiffs great mental, physical and nervous pain and suffering.  Plaintiffs are informed and believe and thereon allege that these injuries will result in some permanent disability to them.  As a result of these injuries, plaintiffs have suffered general damages in amounts not yet ascertained.

15.     As a further direct and proximate result of the aforementioned acts of defendants' (unkown), plaintiff have been damaged in that they were required to and did employ physicians and counselors to examine, treat and

First Verified Complaint                        Page - 3
Gary Howard Kidgell  v.  County of Santa Clara et al.  Case #
United States District Court For the Northern District of California

care for plaintiffs, and incurred additional medical expenses in amounts not yet ascertained. Plaintiff has been informed and believe and thereon allege that they will incur additional medical expenses in the future, the exact amounts of which are currently unknown.

16.    As a further direct and proximate result of the acts of defendants', plaintiff was prevented from attending to their usual occupations and thereby lost earnings to their damage in amounts not yet ascertained.

17.    As a further direct and proximate result of defendants' actions, plaintiff present and future earning capacity has been greatly impaired in amounts not yet ascertained.

18.    As a further direct and proximate result of defendants' unlawful actions, plaintiff's property was destroyed and/or stolen entitling plaintiffs to compensation to replace the destroyed and/or stolen property.

19.    The individual defendants' (Unknown) conduct was not only shocking and outrageous, it was intentional and malicious, or at the least grossly negligent, exhibiting a reckless disregard for plaintiff's rights, causing plaintiffs to suffer humiliation, mental anguish, stress and emotional and physical distress and plaintiff were injured in mind and body all to their damage in amounts according to proof. As such plaintiff is entitled to punitive damages against the individual defendants, according to proof.

## DEMAND FOR JURY TRIAL

20.    Plaintiff hereby demand a trial by jury on the above cause of action.


WHEREFORE, Plaintiff pray for the following relief as to all causes of action:

A.    A judgment awarding plaintiff general, special and punitive damages in amounts according to proof;

B.    A judgment for injunctive relief to prevent further violation of plaintiff's constitutional rights;

C.    A judgment awarding plaintiff's reasonable attorney's fees;

D.    A judgment awarding plaintiff's their costs of suit; and

E.    Such other and further relief as the Court deems proper.

First Verified Complaint                          Page - 4
Gary Howard Kidgell  v. County of Santa Clara et al. Case #
United States District Court For the Northern District of California

Dated: March 24, 2008

Gary Howard Kidgett

First Verified Complaint                                          Page - 5
Gary Howard Kidgell   v.  County of Santa Clara et al.  Case #
United States District Court For the Northern District of California

JS 44 (Rev. 12/07)(cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Gary H. Kidgell | County of Santa Clara, County of Santa Clara Office of the Sheriff Dept., (Unknown) Deputy Sheriff Officer, (Unknown) Dept. of Corr. Officers' |
| **(b)** County of Residence of First Listed Plaintiff  Santa Clara County (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant       Santa Clara County (IN U.S. PLAINTIFF CASES ONLY) NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number) To be Determined | Attorneys (If Known) |

ADR

JW

C08  01965

RS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities – Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | Determination Under Equal Access |
| | ☐ 446 Amer. w/Disabilities – Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1331, 1332, 1343(3) 1343(4), 2201 and 2202

Brief description of cause:
Assult and battery, officer misconduct, constitutional rights violations

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ According to proof

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☐ SAN FRANCISCO/OAKLAND        ☒ SAN JOSE

DATE  4/14/08

SIGNATURE OF ATTORNEY OF RECORD       Pro Per