FILED

2008 APR 15 A 10: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gary Howard Kidgell

                Plaintiff,

vs.

County of Santa Clara, County of Santa Clara Sheriff Dept., Dept. Sheriff Sargent, Dept. of Correction Officers'

                Defendant.

CASE NO. C08 01965 JW RS

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Gary H. Kidgell, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | X.R. age 17
3 | _____
4 | 5.   Do you own or are you buying a home?          Yes ____ No __✓__
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.   Do you own an automobile?                     Yes __✓__ No ____
7 | Make _Toyota_____ Year _2005_____ Model _Tocoma_____
8 | Is it financed? Yes __✓__ No _____ If so, Total due: $ _11,400._____
9 | Monthly Payment: $ _401.00_____
10 | 7.   Do you have a bank account?   Yes ____ No __✓__ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _____
12 | _____
13 | Present balance(s):  $ _____
14 | Do you own any cash?  Yes ____ No __✓__  Amount: $ _____
15 | Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16 | market value.)                                     Yes ____ No __✓__
17 | _____
18 | 8.   What are your monthly expenses?
19 | Rent: $ _900.00_____    Utilities: _138.00_____
20 | Food: $ _300.00_____    Clothing: _66.00_____
21 | Charge Accounts:
22 | Name of Account         Monthly Payment             Total Owed on This Account
23 | _____       $ _____           $ _____
24 | _____       $ _____           $ _____
25 | _____       $ _____           $ _____
26 | 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | IRS - 200.00 per month

1  and wages per month which you received.
2  Date last employed 1/4/08.
3  Gross salary $2545 per month
4  Net salary $2120 per month
5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or              Yes ✓ No ___
8           self employment?
9      b.   Income from stocks, bonds,          Yes ___ No ___
10          or royalties?
11     c.   Rent payments?                      Yes ___ No ___
12     d.   Pensions, annuities, or             Yes ___ No ___
13          life insurance payments?
14     e.   Federal or State welfare payments,  Yes ___ No ___
15          Social Security or other govern-
16          ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 For the last 12 months of self employment I received $18,346.
20 _____
21 3. Are you married?                          Yes ✓ No ___
22 Spouse's Full Name: Yan Zhang
23 Spouse's Place of Employment: None
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ 0                          Net $ 0
26 4.   a.   List amount you contribute to your spouse's support:$ 50%
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___  No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  *4/14/08*                              *[signature]*
12      DATE                                SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28