IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Howard Kidgell, | NO. C 08-01965 JW |
|     Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| The County of Santa Clara, et al.,<br>    Defendants. | |

On April 25, 2008, the Court issued an Order denying Plaintiff's application to proceed in forma pauperis. To date, Plaintiff has not paid the filing fee required for this case, served any Defendants, or otherwise prosecuted this action.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court why this case should not be dismissed for failure to pay a filing fee or prosecute this action. If Plaintiff fails to appear at the July 7, 2008 show cause hearing, the case will be dismissed.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 27, 2008

                                  JAMES WARE
                                  United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Gary Howard Kidgell
687 Grand Coulee Avenue Apt 1
3 Sunnyvale, Ca 94087

4

5 **Dated: June 27, 2008**                                   **Richard W. Wieking, Clerk**

6

7                                                                                  **By:      /s/ JW Chambers**
                                                                                          **Elizabeth Garcia**
                                                                                          **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28