UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** July 7, 2008  **Court Reporter:** Summer Clanton
**Case No.:** C- 08-01965 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**Gary Howard Kidwell v. The County of Santa Clara et al**

**Attorney(s) for Plaintiff(s)**: No Appearance Made
**Attorney(s) for Defendant(s)**: No Appearance Made

PROCEEDINGS

OSC re DISMISSAL

ORDER AFTER HEARING

Hearing Held.  The Court called the matter on the record. There were no appearances made by or on behalf of plaintiff or defendant.  The Court to issue further order re dismissal of case.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: