FILED

2008 JUL 14  A 9 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 12, 2008

The Director, Administrative Office of the U. S. District Courts
Thurgood Marchall Federal Judiciary Building
One Columbus Circle, N. E.
Washington, D. C. 20544

Re:   Case number C 08-01965 JW, Filing Date 4/15/2008
      GARY HOWARD KIDGELL, Plaintiff, v. COUNTY OF SANTA CLARA; COUNTY OF SANTA
      CLARA SHERIFF'S DEPT.; UNKNOWN DEPUTY SHERIFF SERGEANT; UNKNOWN DEPUTY
      SHERIFFS DEPARTMENT CORRECTION OFFICERS

Dear Director, Administrative Office of the U. S. District Courts

This letter is in response to a notice I received from the United States District Court in reference to the above case number. When I filed a complaint involving violations of my United States of America Constitutional rights and other violations of the United States of America codes and laws, I did so in forma pauperis. The forma pauperis application was denied unjustifiably and without cause. It also appears that the court clerk had sent past due notices for payment of the filing fee to the wrong address informing me that the fee still needed to be paid. When I finally received the last of the notices (the only one I ever received), which was the third and final notice to pay this fee, it was on the 5th of July. On the 12th of July I received another court action for Order to dismiss the complaint for failure to pay. The court indicates in the dismissal Order that I was ordered to appear at a hearing on July 7th. I never received a court order to appear at any time or I would have appeared without hesitation. I am asking for your assistance in this matter because of financial hardship to my family and I, due to the current state of the economy. I am unable to pay the filing fee but still maintain that my Civil Rights have been grossly violated. I ask for relief in that the case is reopened and the fee be waived in this matter. If I need to file a new complaint I will proceed with this action however let it be stated for the record that I have met all the necessary time requirements in order to proceed with this complaint. Please respond at your earliest convenience.

Sincerely,

Gary Howard Kidgell

Gary H. Kidgell
4280 Albany Drive #J213
San Jose, Ca 95129
408.469.2060

CC United States District Court For Northern District of California San Jose Division